UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDALL SUMMERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-157** |
| **STATE OF LOUISIANA** | **SECTION "S"(2)** |

**O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Kendall Summers for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this _20th_ day of _January_, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] On November 17, 2015, this court received petitioner's request for an extension of time to file objections to the Report and Recommendation (Doc. #24).  On November 18, 2015, the court granted petitioner an additional 30 days to respond.  No objections have been filed as of the date of this order.